UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

W.A. Sokolowski,

                       Plaintiff,

    -against-

Conrnelius Alexander McGillicuddy III, et. al.,

                 Defendant.

------------------------------------ x

09 CV 6063

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 JAN 2010

GEORGE B. DANIELS, District Judge:

A conference is scheduled for February 9, 2010 at 10:00am.

Dated: January 15, 2010
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge